IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TERRANCE M. SMITH and GLORIA TERRY, Individually and On Behalf of All Others Similarly Situated, <br><br>    Plaintiff, <br><br>vs. <br><br>MID SOUTH WAFFLES, <br><br>    Defendant. | CIVIL ACTION NO: 3:13-CV-01074 <br><br> Judge Trauger <br> Magistrate Judge Brown |

## **O R D E R**

Considering the parties' Fourth Joint Motion to Extend Response Brief Deadline;

IT IS HEREBY ORDERED that the parties' Motion is granted;

IT IS HEREBY FURTHER ORDERED that Plaintiffs' deadline for responding to Defendant's Motion to Dismiss or Stay Proceedings and Compel Arbitration is extended through and including April 28, 2014.

Nashville, Tennessee, this  4th  day of April, 2014.

_____
JUDGE TRAUGER